# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2298WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Robert Earl Garrett, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 7, 1998
Filed: December 10, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Robert Earl Garrett appeals the sentence entered on Garrett's guilty plea to a drug conspiracy charge. Garrett contends the district court improperly rejected Garrett's request to apply the safety-valve provision because he did not possess a firearm in connection with the offense of conviction. Contrary to Garrett's view, we conclude Garrett failed to carry his burden to show that the above-mentioned condition of the safety-valve provision had been satisfied. Having reviewed the record and finding no error by the district court, we affirm Garrett's sentence without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.